UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUTHER MCCASKILL,

       Petitioner,                          Case Number 4:15-cv-11335
                                                     Honorable Linda V. Parker

v.

J.A. TERRIS,

       Respondent.
_____/

## JUDGMENT

On April 13, 2015, Petitioner filed a pro se petition for a writ of habeas corpus. In an Opinion and Order entered on this date, the Court summarily denied the petition and declined to issue a certificate of appealability.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for the writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                                                         s/ Linda V. Parker
                                                         LINDA V. PARKER
                                                         U.S. DISTRICT JUDGE

Dated: July 2, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 2, 2015, by electronic and/or U.S. First Class mail.

                                                          s/ Richard Loury
                                                        Case Manager